**Order entered May 11, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00098-CR

## GWENDOLYN COY STEGAL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB14-18031-C**

## ORDER

The Court **REINSTATES** the appeal.

On April 15, 2016, we denied appellant's second motion to extend time to file her brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel Ashkan Meyryari; (3) counsel's explanation for the delay in filing appellant's brief is his workload and a shoulder injury; and (4) appellant's brief will be filed within thirty days of the April 28, 2016 findings.

We **ORDER** appellant to file her brief by **TUESDAY, MAY 31, 2016**. Because appellant's brief is now sixty days past its original due date, no further extensions will be

granted. If appellant's brief is not filed by the date specified, the Court will, without further notice, submit the appeal without briefs. *See* Tex. R. App. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     LANA MYERS
           JUSTICE